UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-14062-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

TROY ANDRE HIGGINS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admission to Violation as Set Forth in the Petition Alleging Violation of Supervised Release dated February 9, 2017.

**THE MATTER** was heard by Chief Magistrate Judge Frank J. Lynch Jr, on February 9, 2017. A Report and Recommendation was filed [ECF No. 147], recommending that this Court find that the Defendant has violated the conditions of his supervised release in respect to Violation Number 1 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation on Defendant's final hearing to the Violation as set forth in the Petition Alleging Violation of Supervised Release of Chief United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation number 1 as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of February, 2017.

                                                                JOSE E. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE

Copied: Chief Hon. Magistrate Lynch Jr.
All Counsel Of Record
U.S. Probation Office